UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID M. LEVINE, not individually
but solely in his capacity as Receiver
for Viatical Capital, Inc., Viatical Marketing,
Inc. and Premiere Investment Capital,
Inc.,

    Plaintiff,

v.        Case No. 8:04-cv-1164-T-24 EAJ

WALTER SHACKLETT, ET AL.,

    Defendants.
_____/

## ORDER

This cause comes before the Court on its own. Plaintiff filed a motion for summary judgment against Defendants Lindbom, Garwell, Richardson, and Gauntt. (Doc. No. 148). Defendants Garwell and Lindbom filed responses in opposition (Doc. No. 156, 157). However, those responses are defective and must be stricken.

Garwell and Lindbom's responses do not contain a brief or legal memorandum with citations to authority, as required by Local Rule 3.01(b). Additionally, when opposing a motion for summary judgment, Defendants must go beyond the pleadings and designate specific facts supported by affidavits, depositions, answers to interrogatories, or admissions on file that show that there is a genuine issue of material fact. In doing so, Defendants must cite to the *specific portions* of the record that support those facts. Garwell and Lindbom have not done so. Finally, the Court notes that Garwell and Lindbom submitted affidavits that were neither signed by them

or by a notary, and as such, the affidavits cannot be considered.[1]

Accordingly, it is ORDERED AND ADJUDGED that the Clerk is directed to **STRIKE** Garwell and Lindbom's responses to Plaintiff's Motion for Summary Judgment (Doc. No. 156, 157). Garwell and Lindbom may re-file responses to the motion for summary judgment that comply with this Order by July 28, 2005. Failure to file do so will result in the motion for summary judgment being considered to be unopposed by Garwell and Lindbom.

**DONE AND ORDERED** at Tampa, Florida, this 20th day of July, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Parties

---

[1] Parties cannot sign an affidavit by simply putting an "/s" on the signature line.