UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID M. LEVINE, not individually
but solely in his capacity as Receiver
for Viatical Capital, Inc., Viatical Marketing,
Inc. and Premiere Investment Capital,
Inc.,

       Plaintiff,

v.                                     Case No.  8:04-cv-1164-T-24 EAJ

WALTER SHACKLETT, ET AL.,

       Defendants.
_____/

## ORDER

    This cause comes before the Court on its own.  A pretrial conference was held on

November 8, 2005.  Thereafter, the Court issued a pretrial order (Doc. No. 171), in which the

Court directed the parties to file an amendment to the pretrial statement that listed Plaintiff and

Defendants' witness lists and exhibit lists separately by November 15, 2005.  The Court stated in

the pretrial order that the amended pretrial statement would control the course of the trial and

would not be amended again except by order of the Court in the furtherance of justice.

    On November 16, 2005, Defendants filed a Supplemental Exhibit Disclosure (Doc. No.

174), in which they attempt to supplement their earlier filed exhibit list with seventeen exhibits.

This exhibit list, however, is neither in the correct format[1], nor timely submitted.  As such, the

Court will strike the supplemental exhibit list.

    Accordingly, it is ORDERED AND ADJUDGED that the Clerk is directed to **STRIKE**

_____

    [1]The Court instructed the parties at the pretrial conference that they must submit the
exhibit list in the appropriate form utilized by the Court.  (Doc. No. 170).

Defendants' Supplemental Exhibit Disclosure (Doc. No. 174).

**DONE AND ORDERED** at Tampa, Florida, this 16th day of November, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record